**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane K. Harris                                    CHAPTER 13

                              Debtor(s)

                                                          BKY. NO. 21-12811 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of US Bank Trust National Association, Not in its Individual Capacity But Solely As Trustee for VRMTG Asset Trust and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/Rebecca Solarz

                                        Rebecca Solarz
                                        22 Dec 2021, 15:23:03, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322