# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 21-12811-ELF

DIANE K. HARRIS

232 HENDERSON AVENUE

RIDLEY PARK, PA 19078

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DIANE K. HARRIS

232 HENDERSON AVENUE

RIDLEY PARK, PA 19078

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                                        /S/ Kenneth E. West

Date: 1/6/2022                     _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee