# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Diane K. Harris
                               Debtor(s)

US Bank Trust National Association, Not in its Individual Capacity But Solely As Trustee for VRMTG Asset Trust, its successors and/or assigns
                               Movant

vs.

Diane K. Harris
                               Debtor(s)

Kenneth E. West
                               Trustee

CHAPTER 13

NO. 21-12811 ELF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, Not in its Individual Capacity But Solely As Trustee for VRMTG Asset Trust, which was filed with the Court on or about **December 22, 2021, docket number 25**.

                                                                         Respectfully submitted,

                                                                         /s/ Rebecca A. Solarz, Esq.
                                                                         _____
                                                                         Rebecca A. Solarz, Esquire
                                                                         KML Law Group, P.C.
                                                                         BNY Mellon Independence Center
                                                                         701 Market Street, Suite 5000
                                                                         Philadelphia, PA  19106
                                                                         Phone: (215)-627-1322

Dated: February 7, 2022