**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Diane K. Harris

      Debtor(s)                                                                         Chapter: 13

                                                                             Bankruptcy No: 21−12811−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

     AND NOW, this 15th of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                           Eric L. Frank
                                                                           Judge ,
                                                                           United States Bankruptcy Court

                                                                                                              43 − 18
                                                                                                           Form 155