United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane K. Harris  
    Debtor

Case No. 21-12811-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 16, 2022      Form ID: 155      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane K. Harris, 232 Henderson Avenue, Ridley Park, PA 19078-1526 |
| 14642890 | + | AES MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 14642891 | + | AES MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 14642905 | + | Martha E. Von Rosenstiel, 649 South Avenue, Unit 7, Clifton Heights, PA 19018-3541 |
| 14642907 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14642906 | + | Mr. Cooper, PO BOX 60516, City of Industry, CA 91716-0516 |
| 14649211 | + | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14642913 | + | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 14642914 | + | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14654558 | | US Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14657500 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 14657369 | + | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653102 | + | US Bank Trust National Association,, VRMTG Asset Trust, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd Roswell, GA 30076-2102 |
| 14652766 | + | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14643850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 00:02:17 | AIS Portfolio Services, LP, Attn: Ally Capital Department, Account: XXXXXXXX9568, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14643566 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 00:02:21 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14650234 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 00:02:21 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14642892 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 00:02:25 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14642893 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 00:02:21 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14642896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:25 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14642895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:18 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |

Case 21-12811-elf  Doc 45  Filed 03/18/22  Entered 03/19/22 00:28:07  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 155 | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14642898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:22 | CITIBANK NORTH AMERICA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14642897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:22 | CITIBANK NORTH AMERICA, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14642900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:22 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14642899 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:25 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14646237 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 00:02:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14648798 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 00:02:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14642902 | + | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14642903 |   | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 14642901 | + | Email/Text: duffyk@co.delaware.pa.us | Mar 16 2022 23:57:00 | Delaware County Couthouse, 201 West Front Street, Media, PA 19063-2797 |
| 14649541 |   | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14642894 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 00:02:17 | CHASE CARD SERVICES (P), 201 NORTH WALNUT STREET, ATTN MARK PASCALE, MAIL STOP DE1-1406, WILMINGTON, DE 19801 |
| 14642906 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2022 23:57:00 | Mr. Cooper, PO BOX 60516, City of Industry, CA 91716-0516 |
| 14642907 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2022 23:57:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14642909 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 00:02:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14642908 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 00:02:25 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14654881 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 00:02:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14643572 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14642911 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 00:02:25 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14642912 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 00:02:25 | SYNCHRONY BANK/ OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14649194 | *+ | AES MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 155 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14649193 | *+ | AES MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 14649195 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14649196 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14649199 | *+ | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14649198 | *+ | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14649201 | *+ | CITIBANK NORTH AMERICA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14649200 | *+ | CITIBANK NORTH AMERICA, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14649203 | *+ | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14649202 | *+ | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14649205 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14649206 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 14649204 | *+ | Delaware County Couthouse, 201 West Front Street, Media, PA 19063-2797 |
| 14649207 | *+ | Fannie Mae, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2806 |
| 14649197 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES (P), 201 NORTH WALNUT STREET, ATTN MARK PASCALE, MAIL STOP DE1-1406, WILMINGTON, DE 19801 |
| 14649208 | *+ | Martha E. Von Rosenstiel, 649 South Avenue, Unit 7, Clifton Heights, PA 19018-3541 |
| 14649209 | *+ | Mr. Cooper, PO BOX 60516, City of Industry, CA 91716-0516 |
| 14649210 | *+ | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14649213 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 |
| 14649212 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14649215 | *+ | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14649216 | *+ | SYNCHRONY BANK/ OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14649214 | *+ | Seterus Inc., PO BOX 1077, Hartford, CT 06143-1077 |
| 14649218 | *+ | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14649217 | *+ | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 14642904 | ##+ | Fannie Mae, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2806 |
| 14642910 | ##+ | Seterus Inc., PO BOX 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 25 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 155 | Total Noticed: 38 |

VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Diane K. Harris bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diane K. Harris
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−12811−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 15th of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

43 − 18
Form 155