UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Diane K. Harris, | : | No. 21-12811-ELF |
|       Debtor | : | |

## PRAECIPE TO WITHDRAW MEMBERS 1ST FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE CLERK:

Kindly withdraw Members 1st Federal Credit Union's Motion for Relief from the Automatic Stay of Section 362 and from Co-Debtor Stay of Section 1301 of the Bankruptcy Code filed in the above-captioned matter on August 24, 2022, *without prejudice*.

Dated: September 8, 2022          BARLEY SNYDER

                                  By:  /s/ *Scott F. Landis*
                                           Scott F. Landis, Esquire
                                           Court I.D. No. 69798
                                           Attorneys for Movant
                                           126 East King Street
                                           Lancaster, PA  17602-2893
                                           (717) 399.1536

9940432.1