# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**

**DIANE K. HARRIS**

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 5

**Case Number:** 21-12811

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only    [√] Payment only    [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 06/28/2024

/s/ Amitkumar Sharma

Creditor's Authorized Agent for Ally Capital

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In RE:

        Chapter: 13

DIANE K. HARRIS

        Case Number: 21-12811

Debtor(s)

## Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
STEPHEN MATTHEW DUNNE
DUNNELAWOFFICESPC@JUBILEEBK.NET

Trustee
KENNETH E WEST

United States Trustee
UNITED STATES TRUSTEE

/s/ Amitkumar Sharma
Amitkumar Sharma
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com